# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**JUDGMENT RENDERED JANUARY 30, 2019**

**NO. 03-18-00612-CV**

**James F. McKinnon, Appellant**

**v.**

**Robert Wallin and Brandon Wallin, Appellees**

**APPEAL FROM COUNTY COURT OF GILLESPIE COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN**

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.

Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent

and unable to pay costs, no adjudication of costs is made.